UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
UNITED STATES OF AMERICA,                      :
                                                :
        v.                                      :
                                                :     **ORDER**
PPASSIM ELDER and WILBERT BRYANT,              :     18-CR-92 (WFK)
                                                :
        Defendants.                             :
------------------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court has reviewed defense counsel's letter, ECF No. 324, objecting to the Court's decision to exclude individuals who are not vaccinated against COVID-19 from the impaneled jury and requesting the Court impanel jurors who are both inoculated and non-inoculated from contracting COVID-19. The Court hereby DENIES the request.

**SO ORDERED.**

s/ WFK
_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: September 2, 2021
       Brooklyn, New York