UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
UNITED STATES OF AMERICA,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　v.　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　:　　**ORDER**
PPASSIM ELDER and WILBERT BRYANT,　　　　　:　　18-CR-92 (WFK)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Defendants.　　　　　　　　　　　　　:
------------------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

　　　　The Constitution accords defendants many a right: the right to infect 16 innocent jurors with COVID-19, however, is not among them.

　　　　　　　　　　　　　　　　　　　　　　　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/ WFK

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HON. WILLIAM F. KUNTZ, II
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated: September 3, 2021
　　　　Brooklyn, New York