To Whom it may concern I Tania Mitchell have known my aunt fiance cur Wilbur Bryant for sometime. He is very kind, caring, go out his way to help others and treat me as his very own niece he is also very loving and feel very blessed to have him in my life.

State of Ny
County of Kings
Sworn this 7th
day of February, 2023

Sincerly
Tania Mitchell
T. Mitchell



IRIS FILIPPI
NOTARY PUBLIC, STATE OF NEW YORK
NO. 41-5006554
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES _1/4/2027

2/7/23

DEFENDANT'S
EXHIBIT

CASE NO. 18 CR 92-7

EXHIBIT NO. A