2-19-23

The Honorable William F. Kuntz II

It may or
may not be unothodox for a person in my
position to write to you, yet regardless I am
compelled to do so. What they said I did
to Mr. Hani Kasem is a complete lie your
honor, I absolutely did not that man inside
anywhere. McCoy lied as well. I'm sure they
lied because they were told to do so.
Maybe if I took the stand and defended
myself things may be different, due to
the advice of my lawyer I did not.
Also I was lied on again where my arrest
is concerned. I absolutely was not in a
shooting stance when the officers entered
my apt. I was in my bedroom, nor did I
try to fight or stab an officer. I know
what I'm saying mean nothing to you.
I definitly didn't do what I'm accused
of. My case is a complete form of injustice
and the lies prevailed.

Sincerely
Wilbert I. Bryant Jr.

Case 1:18-cr-00092-WFK   Document 485   Filed 03/01/23   Page 2 of 3 PageID #: 5523

Wilbert Bryant 91346052
MDC
P.O Box 329002
Bklyn ny 11232

NEW YORK NY 100

23 FEB 2023   PM 10 L

The Honorable William F. Kuntz II
united states District Judge
Eastern District of New york
225 Cadman Plaza East.
Bklyn Ny 11201

11201-183299



METROPOLITAN DETENTION
80 29TH ST, BROOKLYN, NY 11232

The enclosed letter was processed through
mail procedures for forwarding to you.

The letter has neither been opened nor inspected.
If the writer raises a question or a problem over
which this facility has jurisdiction, you may wish
to return the material for further information
or clarification. If the writer encloses correspondence
for forwarding to another addressee, please
return the enclosure to the above address.